1  Nicola A. Pisano, State Bar No. 151282
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Del Mar Gateway, 11988 El Camino Real, Suite 200
   San Diego, California 92130-2594
3  Telephone No.: 858.720.6320
   Fax No.: 858.523.4326
4
   Attorneys for Plaintiff and Counterdefendant
5  VALYD, INC.

6  Theodore T. Herhold, State Bar No. 122895
   Matthew R. Hulse, State Bar No. 209490
7  TOWNSEND AND TOWNSEND AND CREW LLP
   379 Lytton Avenue
8  Palo Alto, California 94301
   Telephone No.: 650.326.2400
9  Fax No.: 650.326.2422

10 Attorneys for Defendant and Counterclaimant
   COMMUNICATION INTELLIGENCE CORPORATION
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| VALYD, INC., | |
|---|---|
| Plaintiff, | |
| v. | CASE NO. CV 05-00474 MMC (MED) |
| COMMUNICATION INTELLIGENCE CORPORATION, INC. | |
| Defendant. | **STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT** |
| COMMUNICATION INTELLIGENCE CORPORATION, INC., | AND ORDER THEREON |
| Counterclaimant, | |
| v. | |
| VALYD, INC., | |
| Counterdefendant. | |

Plaintiff/Counterdefendant Valyd, Inc., through its undersigned counsel, and Defendant/Counterclaimant Communication Intelligence Corporation, through its undersigned counsel, hereby submit this Stipulation regarding filing of a First Amended Complaint.

1   Defendant's counsel has objected to the originally-filed Complaint on the grounds that the
2   allegations regarding unenforceability of the patents in suit are not pleaded with sufficient
3   particularity pursuant to Fed. R. Civ. P. 9.  Plaintiff's undersigned counsel has agreed to file a
4   First Amended Complaint, submitted herewith, withdrawing the allegations of unenforceability of
5   the patents-in-suit without prejudice subject to further repleading that defense if facts uncovered
6   during discovery so warrant.

7   The First Amended Complaint will be deemed served on the day it is filed.

8   IT IS SO STIPULATED.

11  DATED:  July 7, 2005                    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

13                                          By:    /s/  Nicola A. Pisano
14                                                 Nicola A. Pisano
                                                   Attorneys for Plaintiff and Counterdefendant,
15                                                 VALYD, INC.

17  DATED:  July 7, 2005                    TOWNSEND AND TOWNSEND AND CREW LLP

19                                          By:    /s/ Matthew R. Hulse
                                                   Matthew R. Hulse
20                                                 Attorneys for Defendant and Counterclaimant
                                                   COMMUNICATION INTELLIGENCE
                                                   CORPORATION

23
24  2085940.1

25  IT IS SO ORDERED.

26  Dated:  July 8, 2005

                                APPROVED
                                Judge Maxine M. Chesney

28                                  2                    Case CV 05-00474 MMC (MED)
                                                         STIPULATION REGARDING FILING
                                                         OF FIRST AMENDED COMPLAINT