```
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
NICOLA A. PISANO (State Bar No. 151282)
npisano@luce.com
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone: (858) 720-6320
Facsimile: (858) 523-4326

Attorneys for Plaintiff and Counterdefendant
VALYD, INC.

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant and Counterclaimant
COMMUNICATION INTELLIGENCE CORPORATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALYD, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMUNICATION INTELLIGENCE CORPORATION,<br><br>        Defendant. | Case No. C 05-00474 MMC (MED)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MEDIATION** |
| COMMUNICATION INTELLIGENCE CORPORATION,<br><br>        Counterclaimant,<br><br>    v.<br><br>VALYD, INC.,<br><br>        Counterdefendant. | |

1   Plaintiff and Counterdefendant Valyd, Inc. ("Valyd"), through its undersigned counsel, and
2   Defendant and Counterclaimant Communication Intelligence Corporation ("CIC"), through its
3   undersigned counsel, hereby submit this Stipulation and [Proposed] Order regarding mediation.
4   WHEREAS, on May 19, 2005 the Court ordered the parties to participate in a court-sponsored
5   mediation;
6   WHEREAS, the Court appointed Alexander L. Brainerd to be the mediator;
7   WHEREAS, counsel for the parties and Mr. Brainerd participated in a pre-mediation telephone
8   conference on July 19, 2005;
9   WHEREAS, pursuant to the Local ADR Rules, the last day for the parties to conduct the
10  mediation is September 6, 2005;
11  WHEREAS, CIC in good faith does not believe the mediation can be conducted by the current
12  deadline, given that CIC's counsel, Theodore Herhold, is counsel in a trial scheduled to start on
13  August 8, 2005 (*Theme Promotions Inc. v. News America Marketing FSI, Inc.*, Case No. C-97-4617,
14  in United States District Court, Northern District of California, before Chief Judge Vaughn R.
15  Walker);
16  WHEREAS, CIC requests that the deadline for conducting the mediation be changed from
17  September 6, 2005 to September 13, 2005, to accommodate Mr. Herhold's schedule;
18  WHEREAS, Valyd does not object to the requested extension of the mediation deadline;
19  THEREFORE, the parties stipulate and request that the last day for the parties to conduct the
20  court-sponsored mediation be changed from September 6, 2005 to September 13, 2005.
21  IT IS SO STIPULATED.
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: July 29, 2005 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 3 | | By: _____/S/ Nicola A. Pisano_____ |
| 4 | | Attorneys for Plaintiff and Counterdefendant VALYD, INC. |
| 5 | DATED: July 29, 2005 | TOWNSEND and TOWNSEND and CREW LLP |
| 7 | | By: _____/S/ Matthew R. Hulse_____ |
| 8 | | Attorneys for Defendant and Counterclaimant COMMUNICATION INTELLIGENCE CORP. |

10  Concurrence in the filing of this document has been obtained from counsel for Plaintiff and Counterdefendant, Nicola S. Pisano

13  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

14  DATED: __August 1__, 2005

_____[signature]_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

19  60546532 v1