| | |
|---|---|
| 1 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | NICOLA A. PISANO (State Bar No. 151282) |
| 2 | npisano@luce.com |
| | Del Mar Gateway, 11988 El Camino Real, Suite 200 |
| 3 | San Diego, California  92130-2594 |
| | Telephone: (858) 720-6320 |
| 4 | Facsimile: (858) 523-4326 |
| 5 | Attorneys for Plaintiff and Counterdefendant |
| | VALYD, INC. |
| 6 | |
| | TOWNSEND AND TOWNSEND AND CREW LLP |
| 7 | THEODORE T. HERHOLD (State Bar No. 122895) |
| | ttherhold@townsend.com |
| 8 | MATTHEW R. HULSE (State Bar No. 209490) |
| | mrhulse@townsend.com |
| 9 | 379 Lytton Avenue |
| | Palo Alto, California  94301 |
| 10 | Telephone: (650) 326-2400 |
| | Facsimile: (650) 326-2422 |
| 11 | |
| | Attorneys for Defendant and Counterclaimant |
| 12 | COMMUNICATION INTELLIGENCE CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VALYD, INC., | | |
| | Plaintiff, | Case No. C 05-00474 MMC (MED) |
| v. | | |
| COMMUNICATION INTELLIGENCE CORPORATION, | | **STIPULATION AND ORDER REGARDING CASE SCHEDULE; ORDER SETTING LIMIT ON CLAIMS TO BE CONSTRUED AT HEARING** |
| | Defendant. | |
| COMMUNICATION INTELLIGENCE CORPORATION, | | |
| | Counterclaimant, | |
| v. | | |
| VALYD, INC., | | |
| | Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. C 05-00474 MMC (MED)

Plaintiff and Counterdefendant Valyd, Inc. ("Valyd"), through its undersigned counsel, and Defendant and Counterclaimant Communication Intelligence Corporation ("CIC"), through its undersigned counsel, hereby submit this Stipulation and [Proposed] Order regarding the case schedule.

WHEREAS, on September 13, 2005 the parties participated in a court-sponsored mediation;

WHEREAS, the parties continue to be involved in settlement negotiations;

WHEREAS, pursuant to the Patent Local Rules and the Pretrial Preparation Order of June 13, 2005, upcoming case deadlines are as follows:

- Last day to file the Joint Claim Construction and Prehearing Statement—October 11, 2005
- Last day to complete claim construction discovery—November 10, 2005
- Last day for CIC to file an opening claim construction brief and any evidence supporting its claim construction—November 25, 2005
- Last day for Valyd to file a responsive claim construction brief and supporting evidence—December 9, 2005
- Last day for CIC to file a reply brief and any evidence directly rebutting the supporting evidence contained in Valyd's response—December 16, 2005
- Claim Construction Hearing—January 9, 2006

WHEREAS, the parties seek approximately a 30-day extension of the deadlines referenced above, to allow the parties to focus their efforts on settlement negotiations;

THEREFORE, the parties stipulate and request that the new deadlines are as follows:

- Last day to file the Joint Claim Construction and Prehearing Statement—November 10, 2005
- Last day to complete claim construction discovery—December 10, 2005
- Last day for CIC to file an opening claim construction brief and any evidence supporting its claim construction—December 23, 2005
- Last day for Valyd to file a responsive claim construction brief and supporting evidence—January 6, 2006
- Last day for CIC to file a reply brief and any evidence directly rebutting the supporting

    evidence contained in Valyd's response—January 13, 2006

- Claim Construction Hearing—February 8, 2006 (or on a later date which is convenient for the Court)

The parties do not seek to reschedule any other case deadlines.

IT IS SO STIPULATED.

DATED: September 28, 2005    LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By:     /S/ Nicola A. Pisano
    Attorneys for Plaintiff and Counterdefendant
    VALYD, INC.

DATED: September 28, 2005    TOWNSEND and TOWNSEND and CREW LLP


By:     /S/ Matthew R. Hulse
    Attorneys for Defendant and Counterclaimant
    COMMUNICATION INTELLIGENCE CORP.

Concurrence in the filing of this document has been obtained from counsel for Plaintiff and Counterdefendant, Nicola A. Pisano.

ORDER

    Pursuant to stipulation, it is so ordered. Further, the parties, in the Joint Claim Construction and Prehearing Statement, shall identify no more than a total of eight claim terms for which they will seek construction at the February 8, 2006 hearing.

DATED: October 11, 2005

    *[signature]*
    MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE