

1  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   NICOLA A. PISANO (State Bar No. 151282)
2  npisano@luce.com
   Del Mar Gateway, 11988 El Camino Real, Suite 200
3  San Diego, California 92130-2594
   Telephone: (858) 720-6320
4  Facsimile: (858) 523-4326

5  Attorneys for Plaintiff and Counterdefendant
   VALYD, INC.
6
   TOWNSEND AND TOWNSEND AND CREW LLP
7  THEODORE T. HERHOLD (State Bar No. 122895)
   ttherhold@townsend.com
8  MATTHEW R. HULSE (State Bar No. 209490)
   mrhulse@townsend.com
9  379 Lytton Avenue
   Palo Alto, California  94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11
   Attorneys for Defendant and Counterclaimant
12 COMMUNICATION INTELLIGENCE CORPORATION

**E-Filing**

13              UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 VALYD, INC.,

17                 Plaintiff,              Case No. C 05-00474 MMC (MED)

18         v.

19 COMMUNICATION INTELLIGENCE           **STIPULATION AND [~~PROPOSED~~]**
   CORPORATION,                          **ORDER REGARDING CASE**
20                                        **SCHEDULE**
                   Defendant.
21
   ───────────────────────────
22 COMMUNICATION INTELLIGENCE
   CORPORATION,
23
                   Counterclaimant,
24
           v.
25
   VALYD, INC.,
26
                   Counterdefendant.
27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. C 05-00474 MMC (MED)

1    Plaintiff and Counterdefendant Valyd, Inc. ("Valyd"), through its undersigned counsel, and

2    Defendant and Counterclaimant Communication Intelligence Corporation ("CIC"), through its

3    undersigned counsel, hereby submit this Stipulation and [Proposed] Order regarding the case schedule.

4    WHEREAS, on September 13, 2005 the parties participated in a court-sponsored mediation;

5    WHEREAS, the parties continue to be involved in settlement negotiations;

6    WHEREAS, CIC sent Valyd a proposed settlement agreement on October 21, 2005;

7    WHEREAS, Valyd is considering the proposed settlement agreement;

8    WHEREAS, Valyd's technical group is located in Hyderabad, India, and communication

9    therewith has introduced some unanticipated delays during the ongoing settlement negotiations;

10    WHEREAS, pursuant to the Patent Local Rules and the Court's Order Regarding Case

11    Scheduling filed October 12, 2005 the upcoming case deadlines are as follows:

12    • Last day to file the Joint Claim Construction and Prehearing Statement—November 10,
13      2005

14    • Last day to complete claim construction discovery—December 10, 2005

15    • Last day for CIC to file an opening claim construction brief and any evidence
16      supporting its claim construction—December 23, 2005

17    • Last day for Valyd to file a responsive claim construction brief and supporting
18      evidence—January 6, 2006

19    • Last day for CIC to file a reply brief and any evidence directly rebutting the supporting
20      evidence contained in Valyd's response—January 13, 2006

21    • Claim Construction Hearing—February 8, 2006

22    WHEREAS, the parties seek approximately a further 30-day extension of the deadlines

23    referenced above, to allow the parties to focus their efforts on settlement negotiations;

24    THEREFORE, the parties stipulate and request that the new deadlines are as follows:

25    • Last day to file the Joint Claim Construction and Prehearing Statement—December 8,
26      2005

27    • Last day to complete claim construction discovery—January 13, 2006

28    • Last day for CIC to file an opening claim construction brief and any evidence

1      supporting its claim construction—January 27, 2006

2      • Last day for Valyd to file a responsive claim construction brief and supporting

3      evidence—February 10, 2006

4      • Last day for CIC to file a reply brief and any evidence directly rebutting the supporting

5      evidence contained in Valyd's response—February 17, 2006

6      • Claim Construction Hearing—March 15, 2006 (or on a later date which is convenient

7      for the Court)

8      The parties do not seek to reschedule any other case deadlines.

9      IT IS SO STIPULATED.

10  DATED: November 4, 2005      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

11

12                     By: _____/S/ Nicola A. Pisano_____

13                          Attorneys for Plaintiff and Counterdefendant
                                VALYD, INC.

14

15  DATED: November 4, 2005      TOWNSEND and TOWNSEND and CREW LLP

16

17                     By: _____/S/ Matthew R. Hulse_____
                          Attorneys for Defendant and Counterclaimant

18                         COMMUNICATION INTELLIGENCE CORP.

19  Concurrence in the filing of this document has been obtained from counsel for Defendant and
    Counterclaimant, Matthew R. Hulse.

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED *with the exception that the hearing is continued to March 27, 2006 at 9:00 a.m.*

22  DATED: ~~NOV X 8 2005~~, 2005

23

24

25                     MAXINE M. CHESNEY
                     UNITED STATES DISTRICT JUDGE

26

27

28  2124404.2