LUCE, FORWARD, HAMILTON & SCRIPPS LLP
NICOLA A. PISANO (State Bar No. 151282)
npisano@luce.com
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California  92130-2594
Telephone: (858) 720-6320
Facsimile: (858) 523-4326

Attorneys for Plaintiff and Counterdefendant
VALYD, INC.

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
379 Lytton Avenue
Palo Alto, California  94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant and Counterclaimant
COMMUNICATION INTELLIGENCE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALYD, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMUNICATION INTELLIGENCE CORPORATION,<br><br>    Defendant.<br><br>COMMUNICATION INTELLIGENCE CORPORATION,<br><br>    Counterclaimant,<br><br>  v.<br><br>VALYD, INC.,<br><br>    Counterdefendant. | Case No. C 05-00474 MMC (MED)<br><br>**STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

1  Plaintiff and Counterdefendant Valyd, Inc. ("Valyd"), through its undersigned counsel, and
2  Defendant and Counterclaimant Communication Intelligence Corporation ("CIC"), through its
3  undersigned counsel, hereby submit this Stipulation and [Proposed] Order regarding the case schedule.
4  WHEREAS, on September 13, 2005 the parties participated in a court-sponsored mediation;
5  WHEREAS, the parties continue to be involved in settlement negotiations;
6  WHEREAS, the parties have been exchanging draft settlement agreements—on October 21,
7  2005, CIC sent a draft settlement agreement to Valyd; on November 16, 2005, Valyd sent a draft
8  settlement agreement to CIC; and, on December 2, 2005, CIC sent a draft settlement agreement to
9  Valyd;
10  WHEREAS, Valyd's technical group is located in Hyderabad, India, and communication
11  therewith has introduced some unanticipated delays during the ongoing settlement negotiations;
12  WHEREAS, the parties need additional time to attempt to resolve this dispute;
13  WHEREAS, pursuant to the Patent Local Rules and the Court's order filed on November 8,
14  2005, upcoming case deadlines are as follows:

- Last day to file the Joint Claim Construction and Prehearing Statement—December 8, 2005
- Last day to complete claim construction discovery—January 13, 2006
- Last day for CIC to file an opening claim construction brief and any evidence supporting its claim construction—January 27, 2006
- Last day for Valyd to file a responsive claim construction brief and supporting evidence—February 10, 2006
- Last day for CIC to file a reply brief and any evidence directly rebutting the supporting evidence contained in Valyd's response—February 17, 2006
- Claim Construction Hearing—March 27, 2006

25  WHEREAS, pursuant to a stipulation filed by the parties, the Court previously rescheduled the
26  deadlines set forth above in an order filed on October 12, 2005;
27  WHEREAS, the parties seek approximately a 30-day extension of the deadlines referenced
28  above, to allow the parties to focus their efforts on settlement negotiations;

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE           - 1 -
CASE NO. C 05-00474 MMC (MED)

1  THEREFORE, the parties stipulate and request that the new deadlines are as follows:

2  - Last day to file the Joint Claim Construction and Prehearing Statement—January 6, 2006

4  - Last day to complete claim construction discovery—February 10, 2006

5  - Last day for CIC to file an opening claim construction brief and any evidence supporting its claim construction—February 24, 2006

7  - Last day for Valyd to file a responsive claim construction brief and supporting evidence—March 10, 2006

9  - Last day for CIC to file a reply brief and any evidence directly rebutting the supporting evidence contained in Valyd's response—March 17, 2006

11 - Claim Construction Hearing—April 24, 2006 (or on a later date which is convenient for the Court)

13 The parties do not seek to reschedule any other case deadlines.

14 IT IS SO STIPULATED.

15 DATED: December 6, 2005          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

16                                  By:    /S/ Nicola A. Pisano
                                    Attorneys for Plaintiff and Counterdefendant
17                                                VALYD, INC.

18 DATED: December 6, 2005          TOWNSEND and TOWNSEND and CREW LLP

19                                  By:    /S/ Matthew R. Hulse
                                    Attorneys for Defendant and Counterclaimant
20                                  COMMUNICATION INTELLIGENCE CORP.

21 Concurrence in the filing of this document has been obtained from counsel for Plaintiff and Counterdefendant, Nicola A. Pisano.

23 PURSUANT TO STIPULATION, IT IS SO ORDERED. The claim construction hearing is continued to April 24, 2006, at 9:00 a.m.

26 DATED: December 7, 2005

                                           _____
                                           MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE