LUCE, FORWARD, HAMILTON & SCRIPPS LLP
NICOLA A. PISANO (State Bar No. 151282)
npisano@luce.com
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone: (858) 720-6320
Facsimile: (858) 523-4326

Attorneys for Plaintiff and Counterdefendant
VALYD, INC.

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490)
mrhulse@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant and Counterclaimant
COMMUNICATION INTELLIGENCE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALYD, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>COMMUNICATION INTELLIGENCE CORPORATION,<br><br>    Defendant.<br><br>COMMUNICATION INTELLIGENCE CORPORATION,<br><br>    Counterclaimant,<br><br> v.<br><br>VALYD, INC.,<br><br>    Counterdefendant. | Case No. C 05-00474 MMC (MED)<br><br>**STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

1  Plaintiff and Counterdefendant Valyd, Inc. ("Valyd"), through its undersigned counsel, and
2  Defendant and Counterclaimant Communication Intelligence Corporation ("CIC"), through its
3  undersigned counsel, hereby submit this Stipulation and [Proposed] Order regarding the case schedule.
4  WHEREAS, the parties have been involved in settlement negotiations (including during the
5  past few days), have been exchanging proposed language for a settlement agreement, and appear to be
6  very close to resolving the dispute;
7  WHEREAS, under the current case schedule, the last day for the parties to file the Joint Claim
8  Construction and Prehearing Statement is January 6, 2006;
9  WHEREAS, the parties seek a seven-day extension of the deadline referenced above, to allow
10  the parties to focus their efforts on settlement negotiations;
11  WHEREAS, pursuant to stipulations filed by the parties, the Court previously modified the
12  case schedule in orders filed on October 12, 2005, November 8, 2005, and December 7, 2005;
13  THEREFORE, the parties stipulate and request that the last day for the parties to file the Joint
14  Claim Construction and Prehearing Statement be changed from January 6, 2006 to January 13, 2006.
15  / / /

1   The parties do not seek to reschedule any other case deadlines.

2   IT IS SO STIPULATED.

3   DATED: January 5, 2006                LUCE, FORWARD, HAMILTON & SCRIPPS LLP

4

5                                         By:    /S/ Nicola A. Pisano
                                               Attorneys for Plaintiff and Counterdefendant
6                                                       VALYD, INC.

7   DATED: January 5, 2006                TOWNSEND and TOWNSEND and CREW LLP

8

9                                         By:    /S/ Matthew R. Hulse
                                               Attorneys for Defendant and Counterclaimant
10                                             COMMUNICATION INTELLIGENCE CORP.

11  Concurrence in the filing of this document has been obtained from counsel for Plaintiff and
    Counterdefendant, Nicola A. Pisano.

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  DATED: January 6, 2006

15

16                                             _____
                                                    MAXINE M. CHESNEY
17                                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28