TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895), ttherhold@townsend.com
MATTHEW R. HULSE (State Bar No. 209490), mrhulse@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant/Counterclaimant
COMMUNICATION INTELLIGENCE CORP.

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
NICOLA A. PISANO (State Bar No. 151282), npisano@luce.com
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone: (858) 720-6320
Facsimile: (858) 523-4326

Attorneys for Plaintiff/Counterdefendant
VALYD, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALYD, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMUNICATION INTELLIGENCE CORP.,<br><br>           Defendant. | Case No. C 05-00474 MMC<br><br>**STIPULATION FOR DISMISSAL; ORDER** |
| AND RELATED COUNTERCLAIM | |

1  The parties to this action have executed a Mutual Release and Settlement Agreement resolving
2  all claims in the action. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure
3  and subject to the terms and conditions of the Mutual Release and Settlement Agreement, IT IS
4  HEREBY STIPULATED by and between the parties hereto that the above-captioned action be and
5  hereby is dismissed without prejudice, each side to bear its own attorneys' fees and costs of suit.

TOWNSEND AND TOWNSEND AND CREW LLP

DATED: January 12, 2006

By: /s/ Theodore T. Herhold
Theodore T. Herhold

Attorneys for Defendant/Counterclaimant
COMMUNICATION INTELLIGENCE CORP.

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

DATED: January 12, 2006

By: /s/ Nicola A. Pisano
Nicola A. Pisano

Attorneys for Plaintiff/Counterdefendant
VALYD, INC.

60643834 v1

## ORDER

Based on the foregoing stipulation, the action is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: __January 17___, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

60613500 v1